UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIJAH MARSHALL,

Plaintiff,

-against-

CITY OF NEW YORK, et al,

Defendants.

---

**ORDER DENYING MOTION TO REOPEN CASE**

10 Civ. 7746 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

I have received a pro se filing from Plaintiff Elijah Marshall seeking to reopen this case. Plaintiff filed suit on October 8, 2010 against the City of New York, the New York City Police Department, and various individual officers, alleging violations of his constitutional rights. Plaintiff failed to take any action in the matter from 2011 until 2016. In July 2016, I denied Defendants' request to dismiss the case for lack of prosecution after receiving a letter from Plaintiff, providing reasons for his failure to prosecute and asking to continue the case pro se. However, Plaintiff subsequently failed to take further action to prosecute his case, and I dismissed the case for failure to prosecute on October 4, 2018.

Plaintiff is now seeking to reopen the case, nearly 16 years after the case was first filed and nearly eight years after the case was closed. Plaintiff has not shown good cause to reopen the case, stating no reason to do so in his letter aside from providing "closure" and "appropriate compensation." I therefore deny the motion to reopen the case.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge